```
 1  EILEEN M. DECKER
    United States Attorney
 2  LAWRENCE S. MIDDLETON
 3  Assistant United States Attorney
    Chief, Criminal Division
 4  STEVEN R. WELK
    Assistant United States Attorney
 5  Chief, Asset Forfeiture Section
 6  JONATHAN GALATZAN
    Assistant United States Attorney
 7  Asset Forfeiture Section
    California Bar No. 190414
 8      Federal Courthouse, 14th Floor
 9      312 North Spring Street              FILED: 11/18/2015
        Los Angeles, California 90012
10      Telephone:  (213) 894-2727
                                             cc: FISCAL
11      Facsimile:  (213) 894-7177
        E-mail:     Jonathan.Galatzan@usdoj.gov
12
    Attorneys for Plaintiff
13  United States of America
14                   UNITED STATES DISTRICT COURT
15             FOR THE CENTRAL DISTRICT OF CALIFORNIA
                          WESTERN DIVISION
16
                                    )
17  UNITED STATES OF AMERICA,       ) NO.   CV 13-03264-MMM (Ex)
                                    )
18          Plaintiff,               ) [PROPOSED]
                                    ) CONSENT JUDGMENT OF FORFEITURE
19      vs.                         ) AS TO CLAIMANT KAZIM H.
                                    ) MERCHANT ONLY
20  $19,300.00 IN U.S. CURRENCY, 23 )
    APPLE IPADS, 17 APPLE IPHONE 5  ) [NOTE:  THIS ORDER RESOLVES THE
21  SMART PHONES, 7 APPLE IPHONE 4  ) CLAIM OF ONE CLAIMANT, BUT IS
    SMART PHONES, 3 LG SMARTPHONES  ) NOT DISPOSITIVE OF THE CASE]
22  AND ONE APPLE MACBOOK PRO       )
23  LAPTOP COMPUTER,                )
                                    )
24          Defendants.              )
                                    )
25  _____)
    MUHAMMAD ASLAM AND KAZIM H.     )
26  MERCHANT,                       )
                                    )
27          Claimants.               )
28  _____)
```

(Note: "[PROPOSED]" is shown struck through.)

Plaintiff and Claimant Kazim H. Merchant ("Claimant") have made a stipulated request for the entry of this Consent Judgment, resolving the claim of Claimant in this action in its entirety.

Claimant filed a timely claim to the defendants $19,300.00 in U.S. Currency, 17 Apple iPhone 5 smartphones, 3 LG smartphones, one Apple MacBook Pro Laptop Computer, and 2 Apple iPads.

Claimant did not file claims to any of the defendant assets other than those listed, and no other claimants have filed claims to the defendant assets listed above. The time for filing claims and answers has expired. No other person is believed to have any claim to the defendants $19,300.00 in U.S. Currency, 17 Apple iPhone 5 smartphones, 3 LG smartphones, one Apple MacBook Pro Laptop Computer, and 2 Apple iPads.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1.   The government has given and published notice of this action as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court.  Claimant did not file claims to any of the defendant assets other than those listed, and no other claimants have filed claims to the defendant assets listed above. The time for filing claims and answers has expired. No other person is believed to have any claim to the defendants $19,300.00 in U.S.

Currency, 17 Apple iPhone 5 smartphones, 3 LG smartphones, one Apple MacBook Pro Laptop Computer, and 2 Apple iPads.  This Court has jurisdiction over the parties to this judgment and the defendant assets.  Any potential claimants to the defendants $19,300.00 in U.S. Currency, 17 Apple iPhone 5 smartphones, 3 LG smartphones, one Apple MacBook Pro Laptop Computer, and 2 Apple iPads other than Claimant are deemed to have admitted the allegations of the Complaint with respect to the defendants $19,300.00 in U.S. Currency, 17 Apple iPhone 5 smartphones, 3 LG smartphones, one Apple MacBook Pro Laptop Computer, and 2 Apple iPads.

    2.   The following defendant assets shall be returned to Claimant through his counsel: $19,300.00 in U.S. Currency, 17 Apple iPhone 5 smartphones, 3 LG smartphones, one Apple MacBook Pro Laptop Computer, and 2 Apple iPads shall be returned to Claimant through his counsel.  The United States Secret Service ("USSS") shall release said asset within 45 days of the entry of this judgment.

    3.   Claimant has agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of the United States Secret Service from any and all claims, actions or liabilities arising out of or related to the seizure and retention of the defendants $19,300.00 in U.S. Currency, 17 Apple iPhone 5 smartphones, 3 LG smartphones, one Apple MacBook Pro Laptop Computer, and 2 Apple iPads and/or the commencement of this civil forfeiture action, including, without limitation, any claim for attorneys' fees, costs or interest

which may be asserted on behalf of Claimant against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise.

4. The court finds that there was reasonable cause for the seizure of the defendants $19,300.00 in U.S. Currency, 17 Apple iPhone 5 smartphones, 3 LG smartphones, one Apple MacBook Pro Laptop Computer, and 2 Apple iPads. The proposed judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465 as to the defendants $19,300.00 in U.S. Currency, 17 Apple iPhone 5 smartphones, 3 LG smartphones, one Apple MacBook Pro Laptop Computer, and 2 Apple iPads.

5. Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendants $19,300.00 in U.S. Currency, 17 Apple iPhone 5 smartphones, 3 LG smartphones, one Apple MacBook Pro Laptop Computer, and 2 Apple iPads.

DATED: 11/18 , 2015

THE HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

*/s/ Jonathan Galatzan*
JONATHAN GALATZAN
Assistant United States Attorney

Attorneys for Plaintiff
United States of America